UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **IRA JEROME ROSS #498729** | **CASE NO. 2:21-CV-02327 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **USA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 20] of the Magistrate Judge and the objections filed by petitioner, and after a de novo review of the record, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 20] be **ADOPTED** and that all claims in this matter be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 17th day of February, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**